# MINUTES OF THE MEETING OF THE TRUSTEES
## of
## SOUTHERN EQUITY GROUP

MINUTE NO. _03/2015-001_

### MEETING MINUTE ORDER

The following item(s) has/have been accepted and approved by a majority of the Trustees present at this meeting, as so evidenced and so recorded in this Minute.

Type of Meeting:     Annual _____   Quarterly _____   Special __X__.
Date of Meeting: _March 09, 2015_     Time of Meeting: _____
Meeting Location: _Middlebury, IN_

### ITEMS OF DISCUSSION

Be it resolved, this Board of Trustees does hereby give absolute and sole authority to Earl Miller, as Appointed Manager, to make all decisions regarding issues pertaining to Southern Equity Group.

ALL TRUSTEES PRESENT MUST SIGN THIS MINUTE ORDER

_Earl Miller_                                    _Earl Miller_
Trustee Signature                                Trustee Signature

_[signature]_                                    _[signature]_
Trustee Signature                                Trustee Signature

TRUSTEES ABSENT, ATTENDING TELEPHONICALLY OR VIA EMAIL

_____                          _____
Trustee Name, how attending                      Trustee Name, how attending

_____                          _____
Trustee Name, how attending                      Trustee Name, how attending

EXHIBIT 2