STATE OF SOUTH CAROLINA
COUNTY OF BERKELEY

### ASSIGNMENT AGREEMENT

THIS ASSIGNMENT AGREEMENT, dated as of the _20th_ day of May 2014, between 5 Star Commercial, LLC, an Indiana limited liability company ("Assignor") and Village Apartments of Charleston LLC, an Indiana limited liability company ("Assignee"), recites and provides:

### RECITALS:

Assignor and Village Apartments LLC, a South Carolina limited liability company ("Seller") have entered into a Offer to Purchase and Agreement of Purchase and Sale, dated as of January 19, 2015, as amended (the "Agreement"), whereby Seller has agreed to sell Assignor, and Assignor has agreed to purchase from Seller, certain real property commonly known as Village Apartments and located at 325 Gulledge Street, Moncks Corner, SC.

The Agreement obligates Seller to allow Assignor to assign the Purchase Agreement.

### AGREEMENT:

NOW, THEREFORE, in consideration of the payment of $10.00 and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee hereby agree as follows:

1.  **Transfer of Agreement.** Assignor hereby sells, assigns, transfers and conveys unto Assignee, and Assignee's heirs, successors and assigns, all of its right, title, and interest in and to the Agreement. In consideration of the foregoing

EXHIBIT 5

assignment, Assignee hereby assumes and agrees to perform all of the obligations of Assignor under the Agreement arising or accruing on and after the date hereof.

      2.     **Governing Law.**  This Assignment Agreement and all other instruments referred to herein shall be governed by, and shall be construed in accordance with, the laws of the State of South Carolina.

      3.     **Successors and Assigns.**  This Assignment Agreement and the terms and provisions herein shall inure to the benefit of, and shall be binding upon, the respective successors and assigns of Assignor and Assignee.

      4.     **Incorporation by Reference.**  The Agreement referred to herein are by reference incorporated herein and made a part of this Assignment Agreement.

      5.     **Counterparts.**  To facilitate execution, this Assignment Agreement may be executed in as many counterparts as may be required. It shall not be necessary that the signatures on behalf of all parties appear on each counterpart hereof. All counterparts hereof shall collectively constitute a single agreement.

IN WITNESS WHEREOF, the Assignor and Assignee have caused this Assignment Agreement to be executed on its behalf by its duly authorized representative as of the date first above written.

                                              **ASSIGNOR:** 5 Star Commercial, LLC

**Date:** __20th__ , 2015                    *Earl Miller, Manager*

                                              Print:   Earl Miller
                                              Title: Manager

                                **ASSIGNEE:** Village Apartments of Charleston LLC

Date: __4-20-2015__                    _Earl Miller, Manager_

                                Print: Earl Miller
                                Title: Manager

EXHIBIT 5

Agreed and accepted.

                                         **SELLER:** Village Apartments LLC

Date: __4-20-2015_____                      *Earl Miller, Manager*
                                         _____
                                         Print:  Mark Vallario
                                         Title:  Manager

# EXHIBIT 5