# Unofficial Berkeley County Property Card



## Summary Information:

**TMS:** 142-11-02-017
**Owner Information:**
VILLAGE APARTMENTS OF CHARLESTON LLC
304 N Main ST

Middlebury, IN 465409003

**Council District:** C8
**Fire District:** F15
**Tax District:** T15
**TIS Zone:** 9
**Jurisdiction:** 1P
**Acres:** 0.00
**Lots:** 1.0

**Neighborhood:** D322 - COMMERCE CREEK WAY
**Appraiser ID:** JW
**Lot: Block: Section:**
**Zoning:** Moncks Corner - R-3
**Homestead Exempt:** No
**Parent TMS:**
**Notes:** LOT 25-26-27 COMBINED SOLD AS O.82-ACRES 03/90
VACANT - PARCEL 8/92
OK REASMT 7/98 GDM
QUALIFYING TIMBER TRACT 142-11-02-093 4/2001
NO CHANGE REASSESSMENT 2004 08/02
AG-USE QUALIFING TRACT 142-11-02-093 8/07
TO ADD 16 ADDITIONAL APTS ON PROPERTY 6/2008

**Site addresses:**

## Previous Owner History:

| Owner | Sale Date | Sale Price | Deed Book-Page | Plat | Transfer Notes |
|---|---|---|---|---|---|
| VILLAGE APARTMENTS LLC | 05/12/2015 | $0.00 | 11386 - 41 | | CONSIDERATION OF $2,600,000.00 IS FOR 142-11-02-031, -028 & -017 |
| VILLAGE APARTMENTS LLC | 05/12/2015 | $1.00 | 11386 - 48 | | |
| RIPLEY VIVIAN B & PHIL | 05/29/2008 | $56,000.00 | 7383 - 0132 | FILE - CAB | 3.0 LT Recorded on Plat FILE - CAB |
| SOUTH ATLANTIC PRODUCT | 11/14/1989 | $0.00 | A834 - 0001 | FILE - CAB | 1.0 LT |
| SUDDETH ROBERT M J & W | 10/16/1989 | $2,700.00 | A829 - 0337 | FILE - CAB | .27 Acres Recorded on Plat FILE - CAB |
| SOUTH ATLANTIC PROD CR | 06/21/1988 | $245,000.00 | A760 - 0037 | FILE - CAB | 1 LT Recorded on Plat FILE - CAB |
| GRUBER LEROY H BY MAS | 12/04/1986 | $420,700.00 | A680 - 0168 | CAB D - 14 | 1 LT Recorded on Plat CAB D - 14 |
| MATHIS W D QUIT-CLAIM | 06/05/1979 | $5.00 | A380 - 0144 | X - 118 | 1 LT Recorded on Plat X - 118 |

## Sales Information:

**Last Sale Date:** 05/12/2015
**Recording Date:** 05/19/2015
**Sale Price:** $1.00

**Plat Information:**
**Deed Book:** 11386
**Deed Page:** 48

**Sales Validity:** 9
**Validity Other:** 9D

## Valuation Information:

**Building Market:** 0
**Land Market:** 75,000

**Building Taxable (4% Res):** 0
**Building Taxable (6% Other):** 0
**Building Taxable (4% Ag):** 0
**Building Taxable (6% Ag):** 0

**Land Taxable (4% Res):** 0
**Land Taxable (6% Other):** 75,000
**Land Taxable (4% Ag):** 0
**Land Taxable (6% Ag):** 0

**Total Taxable Value:** 75,000   **Total Assessment:** 4,500

## Fee Summary:

EXHIBIT 8