State of Indiana
Office of the Secretary of State

CERTIFICATE OF ORGANIZATION

of

**TWIN CITY OF WINSTON SALEM LLC**

I, Connie Lawson, Secretary of State of Indiana, hereby certify that Articles of Organization of the above Domestic Limited Liability Company (LLC) has been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Friday, March 06, 2015.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, March 06, 2015

*Connie Lawson*

CONNIE LAWSON,
SECRETARY OF STATE

2015030600254 / 2015030600254

**EXHIBIT 9**

**APPROVED AND FILED**
CONNIE LAWSON
INDIANA SECRETARY OF STATE
3/6/2015 10:37 AM

## ARTICLES OF ORGANIZATION

Formed pursuant to the provisions of the Indiana Business Flexibility Act.

### ARTICLE I - NAME AND PRINCIPAL OFFICE

TWIN CITY OF WINSTON SALEM LLC

PO BOX 706, MIDDLEBURY, IN 46540

### ARTICLE II - REGISTERED OFFICE AND AGENT

EARL MILLER
304 N MAIN STREET, MIDDLEBURY, IN 46540

The Signator represents that the registered agent named in the application has consented to the appointment of registered agent.

### ARTICLE III – GENERAL INFORMATION

What is the latest date upon which the entity is to dissolve?: Perpetual
Who will the entity be managed by?: Managers
Effective Date: 3/6/2015
Electronic Signature: EARL MILLER

**EXHIBIT 9**