SOSID: 1442885
Date Filed: 4/29/2015 4:18:00 PM
Elaine F. Marshall
North Carolina Secretary of State

C2015 119 00744

*State of North Carolina*
*Department of the Secretary of State*

Limited Liability Company
ARTICLES OF ORGANIZATION

Pursuant to §57D-2-20 of the General Statutes of North Carolina, the undersigned does hereby submit these Articles of Organization for the purpose of forming a limited liability company.

1. The name of the limited liability company is: TC Commercial, LLC

   (See Item 1 of the Instructions for appropriate entity designation)

2. The name and address of each person executing these articles of organization is as follows: (State whether each person is executing these articles of organization in the capacity of a member, organizer or both.
   **Note: This document must be signed by all persons listed.**)

   Norman Praet, Praet Law Firm, PLLC, 5920 S. Miami Blvd, Suite 104, Morrisville, NC 27560-Organizer

   _____

   _____

   _____

3. The name of the initial registered agent is: Norman Praet

4. The street address and county of the initial registered agent office of the limited liability company is:

   Number and Street 5920 S. Miami Blvd, Suite 201

   City Morrisville  State: NC   Zip Code: 27560  County: Durham

5. The mailing address, if different from the street address, of the initial registered agent office is:

   Number and Street _____

   City _____ State: NC  Zip Code: _____ County: _____

6. Principal office information: (Select either a or b.)

   a. ☐ The limited liability company has a principal office.

   The principal office telephone number: _____

   The street address and county of the principal office of the limited liability company is:

   Number and Street: _____

   City: _____ State: _____ Zip Code: _____ County: _____

EXHIBIT 11

The <u>mailing address</u>, if different from the street address, of the principal office of the company is:

Number and Street: _____

City: _____ State: _____ Zip Code: _____ County: _____

    b.    [X] The limited liability company does not have a principal office.

7. Any other provisions which the limited liability company elects to include (e.g., the purpose of the entity) are attached.

8. (Optional): Please provide a business e-mail address: _____
The Secretary of State's Office will e-mail the business automatically at the address provided above at no cost when a document is filed. The e-mail provided will not be viewable on the website. For more information on why this service is offered, please see the instructions for this document.

9. These articles will be effective upon filing, unless a future date is specified:
_____

This is the 29th Day of April, 2015

                                                          Signature
                                          Norman Praet- Organizer
                                          Type or Print Name and Title

The below space to be used if more than one organizer or member is listed in Item #2 above.

| Signature | Signature |
|---|---|
| Type and Print Name and Title | Type and Print Name and Title |
| Signature | Signature |
| Type and Print Name and Title | Type and Print Name and Title |

NOTES:

CORPORATIONS DIVISION          P.O. Box 29622          RALEIGH, NC 27626-0622
(Revised January 2014)                        2                                (Form L-01)

EXHIBIT 11